UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDDIE BRIGHT, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | CAUSE NO. 2:20-cv-262 |
| WALGREEN CO. | | |
| Defendant. | | |

## STIPULATION OF DISMISSAL

NOW COMES EDDIE BRIGHT ("Plaintiff") AND WALGREEN CO. ("Defendant"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above captioned matter including all claims, allegations and causes of action which were or could have been brought in this matter shall be and hereby are DISMISSED WITH PREJUDICE.

Each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

Dustin Brown
Stanley and Associates, PLLC
2600 K Avenue, Suite 180
Plano, Texas 75074
Tel: (214) 570-4944
Fax: (214) 540-4561
dustin@seriouisinjury.legal

*Dustin Brown*
Dustin Brown

ATTORNEYS FOR PLAINTIFF

1

SPROUSE SHRADER SMITH PLLC
John F. Massouh, State Bar No. 24026866
john.massouh@sprouselaw.com
Blair Saylor Oscarsson, State Bar No. 24056073
blair.oscarsson@sprouselaw.com
P. O. Box 15008 (79105-5008)
701 S. Taylor Street, Suite 500
Amarillo, Texas 79101
Tel: (806) 468-3300
Fax: (806) 373-3454


/s/ *John Massouh*
John Massouh
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

  I hereby certify that on ***December \_\_\_\_, 2020***, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as

_____

Dustin Brown

9356.06
1151991_1.docx